**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Debra Truckenbrod, Plaintiff, v. Lifetouch Portrait Studios, Inc., Defendant. | ) | Civil No. 02-771 ADM/AJB **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

CONNOR, SATRE & SCHAFF

Dated: May 10, 2002

Clair Schaff

Clair E. Schaff
Attorney Registration No. 188608

925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 344-1221

Attorneys for Plaintiff Debra Truckenbrod

MAY 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT C**

Dated: May 29, 2002

FAEGRE & BENSON LLP

Kristen M. Ludgate
Attorney Registration No. 286965

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Lifetouch Portrait Studios, Inc.

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: May 30, 2002

The Honorable Ann D. Montgomery
United States District Court Judge

M1:873778.01